IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      vs.<br><br>CARLOS NIETO,<br><br>            Defendant. | No. CR-F-01-5421 REC<br><br>ORDER DIRECTING PARTIES TO APPEAR ON MONDAY, AUGUST 29, 2005 AT 10:00 A.M. FOR STATUS CONFERENCE RE NINTH CIRCUIT REMAND AND DIRECTING FEDERAL DEFENDER TO APPOINT COUNSEL TO REPRESENT DEFENDANT IF DEFENDANT HAS NOT RETAINED COUNSEL |

The Ninth Circuit has remanded this matter "under Ameline, both as to the appellant's substantive argument concerning the factual basis for the sentencing enhancement ... and because we cannot 'reliably determine from the record whether the sentence imposed would have been materially different had the district court known that the Guidelines were advisory[.]'"

Pursuant to the Ninth Circuit's remand, the parties are ordered to appear on Monday, August 29, 2005 at 10:00 a.m. in Courtroom One for further status conference.

1

1   If defendant has not retained counsel to represent him, the
2 Federal Defender is ordered to appoint counsel for purposes of
3 the status conference and further proceedings pursuant to the
4 remand.
5   IT IS SO ORDERED.
6 **Dated:  July 25, 2005**              **/s/ Robert E. Coyle**
668554                                   UNITED STATES DISTRICT JUDGE