IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-F-01-5421 REC |
| | ) | |
| | ) | ORDER APPOINTING DANIEL BACON AS COUNSEL FOR DEFENDANT <u>NUNC PRO TUNC</u> TO JULY 14, 2005 |
| Plaintiff, | ) | |
| vs. | ) | |
| CARLOS NIETO, | ) | |
| Defendant. | ) | |

The court hereby appoints Daniel Bacon as counsel for defendant <u>nunc pro tunc</u> to the date the Ninth Circuit's mandate was issued on July 14, 2005.

IT IS SO ORDERED.

**Dated: December 12, 2005**         /s/ Robert E. Coyle
668554                               UNITED STATES DISTRICT JUDGE